ORIGINAL

FILED IN CLERK'S OFFICE
U S D C Atlanta

JUN 0 9 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TURNER SPORTS INTERACTIVE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL DAOU, GEORGES DAOU )<br>and BARRY NUSSBAUM, )<br>)<br>Defendants. )<br>_____ ) | -GET<br><br>CIVIL ACTION FILE<br><br>NO. 1 09-CV- 1540 |

## COMPLAINT

Turner Sports Interactive, Inc. ("TSI"), by and through its counsel of record, files its Complaint against Daniel Daou, Georges Daou and Barry Nussbaum as follows.

1.

TSI is a corporation organized and existing under the laws of the State of Georgia with its principal place of business in Atlanta, Georgia.

1

2019554v6

2.

Upon information and belief, Defendant Daniel Daou is a citizen of the State of California and may be served with process at 13351 Kibbings Rd, San Diego, California 92130 or 5202 San Elijo Rd., Carlsbad, California 92009.

3.

Upon information and belief, Defendant Georges Daou is a citizen of the State of California and may be served with process at 18632 Via Catania, Rancho Santa Fe, California 92091.

4.

Upon information and belief, Defendant Barry Nussbaum is a citizen of the State of California and may be served with process at 6395 Clubhouse Drive, Rancho Santa Fe, California 92067 or 990 Highland Drive, Suite 207, Solana Beach, California 92075.

5.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, the parties being citizens of different states and the amount in controversy exceeding $75,000, exclusive of interest and costs. All Defendants have contractually consented to personal jurisdiction and venue in this Court.

6.

On or about August 27, 2002, TSI and Digital Orchid, Inc. ("DO") entered into an Interactive Services Agreement, which last was amended by that certain Third Amendment dated January 1, 2007 (as amended the "Services Agreement").

7.

Under the Services Agreement, DO agreed to provide certain services to TSI and to pay TSI certain fees pursuant to terms set forth in the Services Agreement.

8.

Each Defendant executed a Guaranty, which unconditionally guaranteed payment to TSI of up to $500,000.00 (five hundred thousand dollars) of the amounts owed by DO under the Services Agreement.

9.

As of the date of this Complaint, Defendants Daniel Daou, Georges Daou and Barry Nussbaum remain jointly and severally obligated to TSI under the terms of their guarantees.

10.

On June 1, 2007, DO defaulted under the terms of the Services Agreement by failing to remit payments as they became due, as specifically set forth in the Services Agreement as amended.

11.

On numerous occasions, TSI demanded that DO pay all monies due and owing under the Services Agreement. Despite these demands, DO failed to make payment of the amounts due and owing under the Services Agreement.

12.

DO has materially breached the Services Agreement by failing to make payments as they became due, and DO therefore is in default of the Services Agreement.

13.

As a result of DO's material breach of the Services Agreement, DO is indebted to TSI in the amount of at least $1,200,000.00 (one million, two hundred thousand dollars), together with interest thereon.

14.

Under the terms of the Guaranty, and as a result of DO's failure to make payments as they became due under the Services Agreement, Defendants became

jointly and severally obligated to TSI for payment of up to $500,000.00 (five hundred thousand dollars) of the amounts owed by DO under the Services Agreement.

15.

As of June 4, 2009, Defendants remain jointly and severally obligated to TSI under the terms of their guarantees, in the amount of $500,000.00 (five hundred thousand dollars), plus interest pursuant to O.C.G.A. §§ 7-4-15 and 7-4-2 at the rate of 7% (seven percent) per annum in the amount of $65,649.85 (sixty-five thousand six hundred forty-nine dollars and eighty-five cents), and future interest is accruing from June 4, 2009 to the date of judgment at the rate of $95.89 (ninety-five dollars and eighty-nine cents) per day.

16.

The Guaranty provides that TSI shall be entitled to collect its reasonable costs and expenses, including, without limitation, its attorneys' fees, in obtaining performance or collecting payments due under the Guaranty. By letter dated December 5, 2008, TSI made demand upon Defendants for payment of the amounts due under the Guaranty and gave Defendants notice pursuant to O.C.G.A. § 13-1-11 that Defendants could avoid imposition of attorneys' fees by payment of the full amount of the then outstanding principal and interest due within 10 (ten)

days of receipt of that Notice. Defendants made no payment pursuant to such demand and Notice, and Defendants therefore are jointly and severally indebted to TSI for its reasonable attorneys' fees, computed in accordance with O.C.G.A. § 13-1-11(b), in addition to the amounts otherwise due.

17.

Alternatively, TSI is entitled to recover its attorneys' fees and costs of collection pursuant to O.C.G.A. § 13-6-11 because Defendants have acted in bad faith, have been stubbornly litigious and have caused TSI unnecessary trouble and expense.

WHEREFORE, TSI respectfully requests that this Court enter Judgment as follows:

(a) in favor of TSI against Defendants Daniel Daou, Georges Daou and Barry Nussbaum, jointly and severally, in the amount of $500,000.00 (five hundred thousand dollars), plus $65,649.85 (sixty-five thousand six hundred forty-nine dollars and eighty-five cents) interest, and future interest from June 4, 2009 to the date of judgment at the rate of $95.89 (ninety-five dollars and eighty-nine cents) per day;

2019554v6

(b) in favor of TSI against Defendants Daniel Daou, Georges Daou and Barry Nussbaum, jointly and severally, for TSI's attorneys' fees in an amount to be determined by the Court, together with the costs of this action; and

(c) for such other further relief as this Court deems appropriate.

Respectfully submitted, this 9th day of June, 2009.

TROUTMAN SANDERS LLP

*(signature)*

JAMES LAMBERTH
Georgia Bar No. 431851
*james.lamberth@troutmansanders.com*
DOMINIC KOUFFMAN
Georgia Bar No. 142539
*dominic.kouffman@troutmansanders.com*

Attorneys for Plaintiff
Turner Sports Interactive, Inc.

Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000 (voice)
(404) 885-3900 (facsimile)

2019554v6